# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| SHANE THRASH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CV411-228 |
| SAVANNAH FIRE and CITY OF SAVANNAH FIRE AND EMERGENCY SERVICES, | ) ) ) ) ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

On October 22, 2012, the Court ordered plaintiff to show cause within 14 days why his case should not be dismissed for his failure to timely serve the defendants in accordance with Fed. R. Civ. P. 4(m). (Doc. 8.) He failed to do so and has apparently abandoned his case. Accordingly, this case should be **DISMISSED**. S.D. Ga. LR 41(b); *see Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*,

No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED** this _6TH_ day of December, 2012.

> _/s/ G. R. Smith_
> **UNITED STATES MAGISTRATE JUDGE**
> **SOUTHERN DISTRICT OF GEORGIA**